**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-1863**

———

TOMMIE PAGE,

                                        Plaintiff - Appellant,

        versus

RANDY LEE FENDER; FENDERS CLASSIC AUTO,

                                        Defendants - Appellees.

———

Appeal from the United States District Court for the District of
South Carolina, at Florence. Patrick Michael Duffy, District Judge.
(CA-01-2865)

———

Submitted:  January 16, 2003        Decided:  January 22, 2003

———

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Tommie Page, Appellant Pro Se.  Gordon Randall McKay, GRIER LAW
FIRM, Columbia, South Carolina, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tommie Page appeals the district court's order based upon a jury verdict dismissing his civil action claiming damages from an automobile accident. The record does not contain a transcript of the jury trial. An appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. See Fed. R. App. P. 10(b); 4th Cir. R. 10(c). An appellant proceeding on appeal in forma pauperis is entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f) (2000). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Page has waived review of the issues on appeal that depend upon the transcript to show error. See Powell v. Estelle, 959 F.2d 22, 26 (5th Cir. 1992); Keller v. Prince George's County, 827 F.2d 952, 954 n.1 (4th Cir. 1987). As no error appears on the record before us, we affirm the district court's order. We deny Page's motion for appointment of counsel and his motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2